UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Robert McNamara</u>

        v.                              Civil No. 08-cv-348-JM

<u>City of Nashua</u>

<u>O R D E R</u>

I hereby recuse myself from this case due to the appearance of Gallagher Callahan and Gartrell.

SO ORDERED.

December 15, 2008                              /s/James R. Muirhead
                                                      James R. Muirhead
                                                      United States Magistrate Judge

cc:    Jennifer O'Brien, Esq.
        Charles P. Bauer, Esq.